THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-139-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | UNOPPOSED MOTION TO PROCEED |
| ) | WITH GUILTY PLEA VIA VIDEO OR |
| JAMES M. JIMICUM, ) | TELEPHONE CONFERENCE |
| ) | |
| Defendant. ) | |

THE COURT has considered Mr. Jimicum's unopposed motion to proceed with guilty plea hearing by video or telephonic means, along with all the records and files in this case, and hereby GRANTS the Motion. Dkt. # 21.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20). The parties are authorized to schedule a video or telephonic plea immediately with the criminal-duty magistrate judge.

DATED this 12th day of March, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER
(*U.S. v. Jimicum* / CR 20-139-RAJ) - 1